E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    Office of the General Counsel
    Office of Program Litigation
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4861
    Facsimile: (415) 744-0134
    Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANGELA MONIQUE DUFF,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:23-cv-03028-MRW<br><br>**[PROPOSED] JUDGMENT** |

1  The Court having approved the parties' stipulation to remand this case pursuant
2  to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that
3  stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for
4  Plaintiff.

7  DATED: 6/23/23                    _____
8                                   HONORABLE JUDGE MICHAEL R. WILNER
9                                   UNITED STATES MAGISTRATE JUDGE